# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

December 8, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
Court of Appeals of Texas, Third District
209 W. 14th Street, Rm.101
Price Daniel Building
Austin, TX 78711

Re:  Roderick Lee Mitchell
v. Texas Medical Board
No. 15-738
(Your No. 03-13-502-CV)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 4, 2015 and placed on the docket December 8, 2015 as No. 15-738.

Sincerely,

Scott S. Harris, Clerk

by

Redmond K. Barnes
Case Analyst



RECEIVED
DEC 1 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
11/0?/2015
US POSTAGE $000.48⁵

FIRST-CLASS MAIL

US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120021